**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Thomas John Gayle
Gayle Law Firm
P. O. Box 3190
Lake Charles LA 70602


**REHEARING ACTION: January 18, 2018**


**Docket Number: 17   00228-CA consolidated with 229-CA**

**SUCCESSION OF DONALD C. HODGE, SR.**

**Appealed from Calcasieu Parish Case No. 52,556 C/W  2015-2285**


<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett**
    **Hon. John E. Conery**
    **Hon. Candyce G. Perret**


As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Common Place Properties, LLC** and **Ron Granger** is:

    <u>**Application for Rehearing Granted**</u>.  We hereby grant the
    Plaintiffs'/Appellees' rehearing application to amend the November 2,
    2017 judgment to allocate costs of the proceeding to
    Defendant/Appellant, the Estate of Donald C. Hodge, Sr., as the party
    cast in judgment.


cc: Donald Carl Hodge, Jr., Counsel for the Appellant